AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES OF AMERICA

V.

FRANCO-Lopez, Oscar YOB: 1983, MEX
CHACHA-Avila, Brandon Ezequiel, YOB: 1996, MEX

United States Courts
Southern District of Texas
FILED

*12/22/18*

David J. Bradley, Clerk of Court

**CRIMINAL COMPLAINT**

CASE NUMBER:  7:18-02626-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ December 21, 2018 _____ In _____ Hidalgo _____ county, in the _____ Southern _____ District of _____ Texas _____ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally Possess with Intent to Distribute approx. 14.05 kilograms of Crystal Methamphetamine, a Schedule II Controlled Substance.

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841 (a) (1) _____

I further state that I am a(n) _____ DEA Task Force Officer _____ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: Yes (X) No

_____
(Signature of Complainant
Arturo Casanova, DEA Task Force Officer

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

December 22, 2018
Date

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer

At    McAllen, Texas
City and State

_____
Signature of Judicial Officer

ATTACHMENT "A"

On December 21, 2018 at approximately 8:45 a.m. McAllen DEA Agents executed a Federal Search Warrant at a residence located at 521 E. Lovett St. Edinburg, Texas.

During the search of the residence, agents seized crystal-like substance from inside the residence and arrested two male subjects later identified as Oscar FRANCO-Lopez and Brandon Ezequiel CHACHA-Avila.  Agents located crystal-like substance in different areas of the residence. Agents located a white trash bag, in the attic, containing eight (8) individual food saver bags containing crystal-like substance. Agents also located two blocks of crystal-like substance in the living room. Agents also located some crystal-like substance in a bedroom's closet and in the kitchen oven.  FRANCO-Lopez and CHACHA-Avila and the crystal-like substance were transported to the McAllen DEA Office for processing. Once at the McAllen DEA Office, the crystal-like substance was field tested by Agents and tested positive for methamphetamine. The total weight of the crystal methamphetamine was approximately 14.05 kilograms.

Under Miranda advisement and waiver, FRANCO-Lopez and CHACHA-Avila both admitted to having knowledge of and being in possession of the crystal methamphetamine inside the residence.  FRANCO-Lopez and CHACHA-Avila told agents they were selling the crystal methamphetamine for financial gain.  FRANCO-Lopez advised he was holding the crystal methamphetamine for an individual. CHACHA-Avila advised Agents that he did handle the crystal methamphetamine. FRANCO-Lopez and CHACHA-Avila informed the Agents that they have been in custody of the crystal methamphetamine for a little over one (1) month.